IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:

**Michael Schofield,**   *   **Chapter 7**
                                   *
                                   *
    Debtor(s)   *   Case No.: **10-14110**

### *Re-Notice of 341-Meeting of Creditors*

The meeting of creditors regarding the above-captioned Debtor(s) has been rescheduled to **February 2nd, 2011** at **10:00 a.m.** It will be held in the United States Bankruptcy Court, 844 King Street, Room 2112, Wilmington, DE 19801.

**Date:** *1/28/2011*                            */s/ Stephan J. Holfeld*
                                                                     **STEPHAN J. HOLFELD**
                                                                     Attorney for Debtor(s)
                                                                     **HOLFELD & BECKER**
                                                                     **107 South Main Street**
                                                                     **Camden, DE 19934**

**ATTORNEY'S CERTIFICATE OF SERVICE**

I, Stephan J. Holfeld, Esquire, Attorney for Debtor, do hereby certify that on the **28th** day of **January**, 2011 A.D., I caused one copy of the within *Re-Notice of 341-Meeting of Creditors* to be served by United States Mail, Postage Prepaid, to the following:

**Jeoffrey L. Burtch, Trustee**
**P.O. Box 549**
**Wilmington, DE  19899**

**Michael Schofield**
**1108 Flint Hill Road**
**Wilmington, DE  19808**

**\*\*All Creditors Listed on Matrix\*\***

                                              */s/ Stephan J. Holfeld, Esq.*
                                                **STEPHAN J. HOLFELD**
                                                Attorney for Debtor(s)
                                                **HOLFELD & BECKER**
                                                **107 S. Main Street**
                                                **Camden, DE  19934**