### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

IN RE:

| | | |
|---|---|---|
| **Michael K. Schofield,** | * | **Chapter 7** |
| | * | |
| **Debtors,** | * | **Case No. 10-14110-BLS** |
| | * | |

### CONVERSION TO A CASE UNDER CHAPTER 13

**COMES NOW,** *Michael K. Schofield,* would show the Court the following:

1.  The debtor filed a petition under Chapter 7 of the Bankruptcy Code on **December 21st, 2010**.

2.  The debtor is eligible to be under the Chapter 13 Bankruptcy Code and desires to convert the case at this present time.

**WHEREFORE,** the debtor, prays for relief under Chapter 13 of the Bankruptcy Code.


I, **Michael K. Schofield,** the debtor in the above entitled case certify under penalty of perjury that the foregoing is true and correct.


**DATE:  2/23/2011**          ***/s/Michael K. Schofield***
                            **Debtor**

                            ***/s/***
                            **Joint Debtor**


**DATE:  2/23/2011**          ***/s/Stephan J. Holfeld***
                            **STEPHAN J. HOLFELD**
                            Attorney for Debtor
                            **HOLFELD & BECKER**
                            **107 S. Main Street**
                            **Camden, DE  19934**
                            **(302)674-5757**

### ATTORNEY'S CERTIFICATE OF SERVICE

I, Stephan J. Holfeld, Esquire, Attorney for the Debtor, do hereby certify that on the **23rd** day of **February 2011**, I caused one copy of the within **Conversion to a Case Under Chapter 13** to be served by United States Mail, Postage Prepaid, to the following:

**Michael K. Schofield**
**207 Horseshoe Drive**
**Middletown, DE  19709**

**\*\* All Creditors on Matrix \*\***

> */s/Stephan J. Holfeld*
> **STEPHAN J. HOLFELD**
> Attorney for Debtor
> **HOLFELD & BECKER**
> **107 S. Main Street**
> **Camden, DE  19934**
> **(302)674-5757**