IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| **Michael K. Schofield,** | * | **Chapter 7** |
| | * | **Case No. 10-14110-BLS** |
| | * | |
| **Debtor(s)** | * | |

**PROPOSED ORDER**

**HAVING READ AND CONSIDERED,** this Motion to Convert Chapter 7 Case to a Case under Chapter 13,

1. The Motion to Convert this Chapter 7 case to a Chapter 13 case is Granted.

2. A Chapter 13 Section 341-Meeting of the Creditors will be scheduled at the earliest convenience of the court.

**IT IS SO ORDERED,** this 15th day of March_____, A.D., **2011**.

_____
JUDGE